# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146174(41)

VAN TOL, MAGENNIS & LANG, INC.,
      Plaintiff-Appellee,

v

SC: 146174
COA: 305313
Kent CC: 10-008479-CK

JOHN L. WOODWARD,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's April 1, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013


Clerk

d0826